Darrell W. Clark, No. 43943
Tracey M. Ohm, Bar No. 77150
Stinson Leonard Street LLP
1775 Pennsylvania Ave., N.W. Suite 800
Washington, D.C. 20006
Tel: (202) 785-9100
Fax  (202) 785-9163
darrell.clark@stinsonleonard.com
tracey.ohm@stinsonleonard.com
*Special Counsel for Richard A. Bartl, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) | Case No: 06-10316-RGM (Chapter 7) |
| ICHIBAN, INC., | | |
| Debtor. | | |

**ORDER GRANTING TRUSTEE'S MOTION
FOR ORDER AUTHORIZING SALE OF ASSETS FREE AND
<u>CLEAR OF ALL LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363</u>**

This matter came before the Court on the motion of Richard A, Bartl, Chapter 7 Trustee for the estate of Ichiban, Inc. ("Debtor"), entitled Motion for Order Authorizing Sale of Assets Free and Clear of All Liens and Interests Pursuant to 11 U.S.C. § 363 ("Motion").  In the Motion, the Trustee seeks authority to sell the Debtor's assets, consisting of 16.3333% of the membership interest (the "Membership Interests") in $I^3$, LLC a Virginia limited liability company ("I3") and a certain revolving promissory note from I3 dated May 7, 2001, in the face amount of $600,000 (the "Note" and collectively with the Membership Interests, the "Assets"). In connection with a membership interest and note purchase agreement ("Purchase Agreement") with Partnership Liquidity Investors, LLC, the Trustee seeks to sell the Assets to Partnership Liquidity Investors, LLC or assignee ("Purchaser") for $100,000.00.

The Court finds notice of the Motion to be adequate as given.  The Court finds that the sale price as provided in the Purchase Agreement is fair and reasonable.  The Court finds that the Purchaser is a good faith purchaser under § 363(m) of the Bankruptcy Code.  The Court finds that the relief sought in the Motion is appropriate and in the best interests of the estate.  Upon further consideration of the Motion, and any opposition thereto, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Trustee is authorized and directed to take all necessary steps and execute all necessary documents to sell the Assets to the Purchaser free and clear of all liens and interests, with those liens and interests attaching to the proceeds of the sale in the same order and priority as they were attached to the Assets; and it is

**FURTHER ORDERED** that the sale of the Assets to the Purchaser is free and clear of any remaining rights of first refusal held by I3 or its members; and it is

**FURTHER ORDERED** that the Trustee is authorized to sell the Assets to the Purchaser at a price of $100,000.00.

Dated: _____

_____
ROBERT G. MAYER
UNITED STATES BANKRUPTCY JUDGE
Entered on Docket:

WE ASK FOR THIS:

/s/ Darrell W. Clark
Darrell W. Clark, No. 43943
Stinson Leonard Street LLP
Tel: (202) 785-9100

DB04/1002212.0002/10207532.1

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Darrell W. Clark
Darrell W. Clark

PARTIES TO RECEIVE COPIES:

Darrell W. Clark, Esq.
Stinson Leonard Street LLP
1775 Pennsylvania Ave., N.W. Suite 800
Washington, D.C. 20006

Richard A. Bartl, Esq.
Robert O. Tyler, Esq.
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 North Washington Street, Suite 202
Alexandria, VA 22314

Bradley D. Jones, Esq.
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

C. Erik Gustafson, Esq.
Jennifer L. Sarvadi , Esq.
LeCLAIR RYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

WRIT-NVIP, LLC
c/o Leon Koutsouftikis, Esq.
Magruder Cook & Koutsouftikis
1889 Preston White Drive, Suite 200
Reston, VA 20191

Robert B. Baumgartner, Esq.
Hale Carlson Baumgartner PLC
10511 Judicial Drive
Fairfax, VA 22030

Jerome A. Fink
416 9th Street
Huntington Beach, CA 92648

Stephen Karbelk
Auction Markets, LLC
43605 Dunhill Cup Square
Ashburn, VA   20147

Matthew A. Clary III, Esq.
Law Offices of Matthew A. Clary III
10114 Farrcroft Drive
Fairfax, VA 22030

Bonnie Ochsner
500 Belmont Bay Drive
#408
Woodbridge, VA 22191

Bonnie Ochsner
400 Kinsale Ct.
Murrells Inlet, SC 29576-7584

Richard Ochsner
440 Belmont Bay Drive
#204
Woodbridge, VA 22191

Richard Ochsner
937 S. Ponce De Leon Blvd.
Saint Augustine, FL 32084-4265

Dawn Anthony
5321 Waldo Drive
Alexandria, VA 22315

John Tran, Esq.
Bernard J. DiMuro, Esq.
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314-3067